**James WATSON, Plaintiff–Appellant**

v.

**OSCEOLA POLICE DEPARTMENT; Mississippi County Sheriff's Department; Arkansas Parole Board, Defendants–Appellees.**

No. 15–1757.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 15, 2015.

Filed: Nov. 6, 2015.

James Watson, Arkansas Department Of Corrections, Marianna, AR, pro se.

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

James Watson appeals the district court's [1] 28 U.S.C. § 1915A dismissal, without prejudice, of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and Watson's arguments on appeal, we conclude that the dismissal was proper for the reasons stated by the district court. *See Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (§ 1915A dismissal is reviewed de novo). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.